GEORGIA,
Chatham Co.
Jan. 1806.

Wilson
vs.
Hughes

*Minutes of Superior Court, letter F. p.* 224.

LEIGHTON WILSON *vs.* OWEN HUGHES.

CAVEAT, AND APPEAL TO THE SUPERIOR COURT, FROM
THE COURT OF ORDINARY.

A PAPER writing, dated the 2d January, 1805, purporting
to be the last will and testament of *Adam Mackay*, deceased,
signed and sealed, and having the names of three witnesses
thereto subscribed, was proved in the usual form, on the 5th
March, 1805, before the Court of Ordinary, by two of the
subscribing witnesses.  It appears that a caveat was filed on
the 9th day of February preceding, against the establishment
of said paper writing, by *J. Cuyler*, Esq. attorney for *Leigh-
ton Wilson*, who produced another paper writing, dated the
4th April, 1802, also purporting to be the will of the de-
ceased, and alleging, that the paper dated the 2d of January,
1805, was fraudulent.  It also appears by the certificate of
the clerk of the court of ordinary, that *James Mackay*, nephew
to the late *Adam Mackay*, appealed from the decision of the
court of ordinary.   The parties being heard, and one of the
subscribing witnesses to the paper writing of the 2d January,
1805, being farther examined in open court, at the instance
of the caveator, and due consideration being had thereon, *It
is considered and ordered*, that the said paper writing of 2d
January, 1805, be established as the will of the said *Adam
Mackay*, agreeably to the decision of the court of ordinary
thereon.

> *Cuyler*, for Applicant.
> *Mitchel, Bulloch*, and *Stites*, for Respondent.